UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TDC INTERNATIONAL CORP.,

    Plaintiff,

v.                                             Case No. 08-CV-14792

JAE L. BURNHAM,

    Defendant.
                                         /

**ORDER IMPOSING OBLIGATIONS ON ATTORNEYS MARK A. CANTOR AND BRIAN S. TOBIN**

By separate order, the court has granted Attorneys Mark A. Cantor and Brian S. Tobin's "Motion to Withdraw as Counsel" for Defendant Jae L. Burnham. As expressed at the December 10, 2009 hearing, while the court is allowing Attorneys Cantor and Tobin to withdraw, the court also will impose certain obligations on them in order to assist in the continuation of this litigation.

IT IS ORDERED that Attorneys Mark A. Cantor and Brian S. Tobin shall:

(1) Contact the court's case manager at (313) 234-5525, on or before **December 18, 2009**, to provide her with Defendant's telephone number and mailing address. Now that Defendant is currently proceeding pro se, the court will need this information to notify him of any court proceedings and to provide copies of future court orders;

(2) Provide to Defendant, immediately, a copy of this Order as well as the court's Order granting counsel's "Motion to Withdraw," and file a

notation with the court confirming that they are confident that

Defendant has in fact received a copy of these orders.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2009, by electronic and/or ordinary mail.

        S/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-14792.TDC_INTL.ImposingObligations.npk.wpd