# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TDC INTERNATIONAL CORP.,

    Plaintiff,

v.                                          Case No. 08-CV-14792

JAE L. BURNHAM,

    Defendant.
                                  /

### ORDER GRANTING DEFENSE COUNSEL'S "MOTION TO WITHDRAW," DEEMING DEFENDANT TO BE PROCEEDING PRO SE, AND LIFTING STAY ON THE BRIEFING OF THE "MOTION TO ENFORCE JUDGMENT"

Before the court is a "Motion to Withdraw as Counsel," filed by Defendant's attorneys, Mark A. Cantor and Brian S. Tobin. The court conducted a hearing on the Motion on December 10, 2009.[1] For the reasons stated fully on the record, the Motion will be granted. A separate order will issue imposing certain obligations on Attorneys Cantor and Tobin. As Defendant no longer has counsel of record, Defendant is effectively proceeding pro se, and he will continue to do so until he acquires the services of a substitute attorney.

Having resolved defense counsel's "Motion to Withdraw," the court will lift the stay on the briefing on the "Motion to Enforce Judgment." Defendant shall have until **December 28, 2009**, to file a response to the "Motion to Enforce Judgment." Accordingly,

---

[1] Defendant Jae L. Burnham was ordered to attend the hearing; however, he failed to appear. Defendant informed his attorney, Mr. Tobin, via an email sent the morning of the hearing at 3:50 a.m. that he would be unable to attend because of the road conditions.

2:08-cv-14792-RHC-MKM Doc # 35 Filed 12/11/09 Pg 2 of 2 Pg ID 488

IT IS ORDERED that Mark A. Cantor and Brian S. Tobin's "Motion to Withdraw as Counsel" [Dkt # 32] is GRANTED. Until Defendant finds substitute counsel, he shall be deemed to be proceeding pro se.

IT IS FURTHER ORDERED that the stay on the briefing on the "Motion to Enforce Judgment" [Dkt. #31] is lifted. Defendant shall have until **December 28, 2009**, to file a response to the "Motion to Enforce Judgment" [Dkt. #31].

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2009, by electronic and/or ordinary mail.

S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-14792.TDC_INTL.Grant.Withdraw.npk.wpd

2