

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TDC INTERNATIONAL CORP.,

    Plaintiff,

v.                                       Case No. 08-CV-14792

JAE L. BURNHAM,

    Defendant.
_____/

**ORDER ACKNOWLEDGING RECEIPT OF DEFENDANT'S SUBMISSION TO THE COURT AND ALLOWING PLAINTIFF TO FILE A RESPONSE**

The court previously ordered Defendant to "remove and delete all of his internet postings, advertisements, websites, email addresses, online business listings, YouTube accounts, Twitter accounts, Craigslist postings, and any other online material associated with him." (5/3/10 Injunction at 3.) The court then directed Defendant to file with the court "proof sufficient for the court to determine that Defendant has removed his entire presence from the internet." (*Id.*) Defendant has submitted his proof to the court. The court acknowledges receipt of these materials and has attached them to this order.

It has been brought to the court's attention that Plaintiff's counsel has sent emails to the court's case manager regarding what Plaintiff perceives as Defendant's violations of the Injunction. The court has not, and will not, review these emails. The court directs Plaintiff's counsel to cease what could be perceived as ex parte communications with the court. If Plaintiff desires to respond regarding the sufficiency of Defendant's proof, it may file a response, no sooner than **May 28, 2010,** but no later

than **June 11, 2010**. The court believes having a brief recess to allow the "dust to settle" is the proper course under the circumstances of this case.

Accordingly, the court ACKNOWLEDGES receipt of Defendant's proof and ATTACHES it to this order. Plaintiff may file a response no sooner than **May 28, 2010**, but no later than **June 11, 2010**. The court will then issue an order regarding the sufficiency of Defendant's proof.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2010, by electronic and/or ordinary mail.

S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

TO: Us District Court                                                                         May 6, 2010
231 W Layaffette
Detroit, MI 48226
C/O Lisa Wagner

Case #: 08-CV-14792

To whom it may concern:

As ordered by the court I have erased those sites that I have control over from all presence and started anew.

I have included copies of pictures I took of my efforts. You will see photos of a cleaned out Craigslist accounts (2). You will see that I have deleted my YouTube account and started a new one. You will also see that I had shut down my website. Lastly, a copy of the check that I sent to weintraub.

Also included is a DVD/CD that also has these pictures. — (retained in chambers) SW

Please let the court inform me if these are sufficient or if any further actions are needed.

Thank you.

Jae Burnham, Owner
U-Save Moving and Storage.



Search   Browse   Upload

easymover88   Sign Out

# My Account

Videos   Insight   Messages   Settings

## Manage Account

Overview
Profile Setup
Customize Homepage
Playback Setup
Email Options
Privacy
Activity Sharing
Mobile Setup
**Manage Account**

▼ **Account Status: Community Guidelines**

Your account is in good standing.

▶ Account Status: Copyright

▶ Change Password

▼ **Delete Account**

Reason for Deleting Account: | I was ordered to take this down by a judge and start a new account under a different name

Please take a moment to tell us why you are deleting your account.

[ Delete Account ]

▶ Authorized Sites

▶ Captions and Subtitles

**Really Delete Account?**

**Please Note:** Closing your YouTube account will permanently remove your profile information from YouTube! You will not be be able to reopen your account once it's deleted.

Your videos and Channel page will remain on YouTube. If you want to remove your videos from YouTube, please do so before closing your account.

Deleting your YouTube account will not close your Google account.

Delete Account  or cancel

# Overview



change

**easymover88**
Videos Uploaded: 0
Video Views: 2,716
Favorites: 14

Channel Type:
Channel Views: 822
Subscribers: 14

         Search   Browse   Upload                    easymover88 ▼   Sign Out

# My Account

Videos | Insight | Messages | **Settings**

## Overview

- **Overview**
- Profile Setup
- Customize Homepage
- Playback Setup
- Email Options
- Privacy
- Activity Sharing
- Mobile Setup
- Manage Account

**easymover88**

Videos Uploaded: 58
Video Views: 2,716
Favorites: 14

Channel Type:
Channel Views: 822
Subscribers: 14

change

▼ **QuickLinks to Partner and Ad Programs**

**AdSense Account Settings**
Manage your Google AdSense account.

**Authorized Sites**
Manage third-party access to your YouTube account.

**Promote your Video with Promoted Videos** NEW!
Create and manage video and channel promotions on YouTube. Your promotion can appear alongside natural search results when people search for similar content.

# Overview



change

**easymover88**

Videos Uploaded: 0
Video Views: 2,716
Favorites: 14

Channel Type:
Channel Views: 822
Subscribers: 14

search for postings

| | year | month | day |
|---|---|---|---|
| start: | 2010 | / 3 | / 30 |
| end: | 2010 | / 4 | / 29 |

[search for posts]  (max range of 180 days)

select a date range ⌄

( active  pending  removed by me  expired  flagged/deleted )

*regardless of status (active, expired, deleted), all posts will appear on this list. we are not able to offer a removal option at this time*
*all times Pacific*

total postings found: 19

| ID | Date | Site | Category | Title |
|---|---|---|---|---|
| 1707638986 | Apr 24 10 05:43:38 AM | lan | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U-SAVE MOVING |
| 1702670227 | Apr 21 10 06:38:19 AM | aaa | labor & moving | ▶▼ Complete Full Service Moving Help. Book Now 4 End Of The Month! |
| 1702653659 | Apr 21 10 06:26:05 AM | lan | labor & moving | FEW SLOTS OPEN BOOK YOUR MOVE NOW |
| 1698065250 | Apr 18 10 10:10:50 AM | aaa | labor & moving | ▶▼ EXPERIENCED, PROFESSIONAL, AFFORDABLE MOVERS |
| 1696589024 | Apr 17 10 08:43:31 AM | lan | labor & moving | YOU CALL WE MOVE, YOU SAVE! U-SAVE MOVING AND STORAGE |
| 1691539275 | Apr 14 10 06:21:42 AM | jxn | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U-SAVE MOVING |
| 1691522563 | Apr 14 10 06:06:57 AM | lan | labor & moving | ▶ PROFESSIONAL MOVERS...U-SAVE MOVING AND STORAGE |
| 1688044282 | Apr 12 10 06:10:34 AM | jxn | pet services | PROFESSIONAL IN HOME PET CARE...Call Us! |
| 1688035248 | Apr 12 10 06:03:01 AM | lan | cars & trucks - by owner | 22ft, '99 GMC C7500 Top Kick Cube Van Box Truck |
| 1685261704 | Apr 10 10 06:31:32 AM | lan | labor & moving | YOU CALL WE MOVE, YOU SAVE!, U-SAVE MOVING AND STORAGE |

orum handle(s): jaebird888

showing posts for the last 30 days, for other posts, please search below

search for postings

| | year | month | day |
|---|---|---|---|
| start: | 2010 | 3 | 30 |
| end: | 2010 | 4 | 29 |

search for posts   (max range of 180 days)

select a date range

active  pending  removed by me  expired  flagged/deleted

regardless of status (active, expired, deleted), all posts will appear on this list. we are not able to offer a removal option at this time.

all times Pacific

total postings found: 20

| ID | Date | Site | Category | Title |
|---|---|---|---|---|
| 707644568 | Apr 24 10 05:49:48 AM | fnt | labor & moving | CHEAP PROFESSIONAL MOVERS...BOOKING NOW FOR END OF THE MONTH |
| 707641598 | Apr 24 10 05:46:32 AM | grr | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U SAVE MOVING CAN |
| 702656222 | Apr 21 10 06:28:04 AM | kzo | labor & moving | FEW SLOTS OPEN. BOOK YOUR END OF MONTH MOVE NOW! |



| month | day |
|---|---|
| 3 | / 30 |
| 4 | / 29 |

select a date range

posts (max range of 180 days)

[ moved by me expired flagged/deleted ]

tive, expired, deleted), all posts will appear on this list. we are not able to offer a removal option at this time.

20

| Date | Site | Category | Title |
|---|---|---|---|
| 4 10 05:49:48 AM | fnt | labor & moving | CHEAP PROFESSIONAL MOVERS...BOOKING NOW FOR END OF T |
| 4 10 05:46:32 AM | grr | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U-SAVE |
| 1 10 06:28:04 AM | kzo | labor & moving | FEW SLOTS OPEN. BOOK YOUR END OF MONTH MOVE NOW! |
| 8 10 10:12:26 AM | fnt | labor & moving | ▶EXPEREINCED, PROFESSIONAL AND AFFORDABLE MOVERS |
| 7 10 09:05:41 AM | aaa | business | OUT OF BUSINESS SELL OFF: Forklift, Cargo Van, Tools, Friges, etc |
| 7 10 08:52:49 AM | grr | labor & moving | YOU CALL. WE MOVE. YOU SAVE!...U-SAVE MOVING AND STORA( |
| 4 10 06:16:02 AM | aaa | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U-SAVE |
| 4 10 06:08:27 AM | kzo | labor & moving | ▶PROFESSIONAL MOVERS...U-SAVE MOVING AND STORAGE |
| 2 10 06:07:23 AM | lan | pet services | PROFESSIONAL IN HOME PET SERVICES...Lansing Pet Sitters |
| 0 10 06:36:00 AM | fnt | labor & moving | CHEAP, PROFESSIONAL AND SUPERIOR MOVERS...U-SAVE MOV |
| 0 10 06:32:56 AM | kzo | labor & moving | YOU CALL. WE MOVE. YOU SAVE!...U-SAVE MOVING AND STORA( |

year  month  day
start: 2010 / 3 / 30
end: 2010 / 4 / 29   [search for posts]   [select a date range ˅]   (max range of 180 days)

[ active  pending  removed by me  expired  flagged/deleted ]

regardless of status (active, expired, deleted), all posts will appear on this list. we are not able to offer a removal option at this time.
all times Pacific

total postings found: 20

| ID | Date | Site | Category | Title |
|---|---|---|---|---|
| 1707644568 | Apr 24 10 05:49:48 AM | fnt | labor & moving | CHEAP PROFESSIONAL MOVERS.. BOOKING NOW FOR END OF THE MONTH |
| 1707641598 | Apr 24 10 05:46:32 AM | grr | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U SAVE MOVING CAN HELP |
| 1702656222 | Apr 21 10 06:28:04 AM | kzo | labor & moving | FEW SLOTS OPEN BOOK YOUR END OF MONTH MOVE NOW! |
| 1698067676 | Apr 18 10 10:12:26 AM | fnt | labor & moving | ▼ EXPERIENCED, PROFESSIONAL AND AFFORDABLE MOVERS |
| 1696629124 | Apr 17 10 09:05:41 AM | aaa | business | OUT OF BUSINESS SELL OFF: Forklift, Cargo Van, Tools, Friges, etc |
| 1696605754 | Apr 17 10 08:52:49 AM | grr | labor & moving | YOU CALL WE MOVE. YOU SAVE! U SAVE MOVING AND STORAGE CAN HELP! |
| 1691532629 | Apr 14 10 06:16:02 AM | aaa | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? U SAVE MOVING CAN HELP |
| 1691524127 | Apr 14 10 06:08:27 AM | kzo | labor & moving | ▼ PROFESSIONAL MOVERS... U SAVE MOVING AND STORAGE |
| 1688040444 | Apr 12 10 06:07:23 AM | lan | pet services | PROFESSIONAL IN HOME PET SERVICES.. Lansing Pet Sitters |
| 1685266958 | Apr 10 10 06:36:00 AM | fnt | labor & moving | CHEAP, PROFESSIONAL AND SUPERIOR MOVERS.. U SAVE MOVING AND STORAGE |
| 1685263353 | Apr 10 10 06:32:56 AM | kzo | labor & moving | YOU CALL WE MOVE. YOU SAVE! U SAVE MOVING AND STORAGE |

# YOU'VE FOUND U-Save Moving

*We're not quite there yet—but we're getting there!—and we really want you to know when we're ready. Here's how to stay updated:*

Subscribe with **RSS** in your feed reader

Enter your email address:

[              ]

[Subscribe]

Powered by WordPress, Google FeedBurner and ThemeShaper.

May 6 2010

Thursday, May 06, 2010

NEWS FEED   COMMENTS

# U-Save Moving
Professional Moving Services Lansing Michigan

517-488-3783



STEP 1: Enter Your Zip   STEP 2: Get 6 Moving Quotes   Click here

Free Moving Quotes

Ads by Google

Home | Our Story | Contact Us | Services | Blog

Search this website...   GO

MOVING COMPANY RATES | MOVING COMPANY REVIEWS | MOVING SCAMS | MOVING TIPS AND ADVICE | MOVING TRUCK RENTAL | TESTIMONIALS

## TESTIMONIALS

### U-Save Moving and Storage Did A Wonderful Job
David hired U-Save Moving and Storage to move him and his wife from Byron...

### Moving the Pettersens to Jackson.
So about a month ago this great couple calls me up saying they found...

### U-Save Moving And Storage Did A Great Job. Very Professional.
"Very Professional, polite and FAST!" That is how Joanna describes U-Save...

### What A Great Job That U-Save Moving And Storage Did
Mary hired us a few months back, as you may recall, to move her piano from her classroom...

### I'd Recommend U-Save Moving And Storage To

## MOVING TIPS AND ADVICE

### Lansing Long Distance Movers
10% Off of your move when you book with us on the day of your quote! Professional...

### 5 Tips for Executing an Easy Long-Distance Move
Published By : Jana Schreiber on Tuesday, Apr 6th, 2010, 5:00 am Moving far away...

### Movers Charged In Statewide Rogue Movers Sting
It seems that the illegal movers (rogue movers) are getting their just deserts in...

### Van Liners: Van Line Moving Companies
Recently It has come to my attention that I may have given the false impression...

### Jamie Lynn Spears Moving In With Britney?
"Is Jamie Lynn Spears Moving In To Big Sis

## GET A FREE ESTIMATE HERE!

Your name

Your email

Enter your message

Enter below security code

j7pwn

Submit

facebook

U-Save Moving

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

1053

3 May 2010

Weintraut Group
One Hundred dollars no/00

for legal Fee

BALANCE FORWARD
THIS ITEM  100.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

0 1053

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

f usavemoving@verizon.net    [log out]    [change password]    [settings]    [help]    post new ad in: lansin

or the last 30 days, for other posts, please search below

month   day
3   / 30
4   / 29    select a date range

or posts    (max range of 180 days)

emoved by me  expired  flagged/deleted  ]

ctive, expired, deleted), all posts will appear on this list. we are not able to offer a removal option at this time.

: 19

| Date | Site | Category | Title |
|---|---|---|---|
| 24 10 05:43:38 AM | lan | labor & moving | MOVING IN? MOVING OUT? MOVING UP? MOVING AWAY? |
| 21 10 06:38:19 AM | aaa | labor & moving | ▶▶Complete Full Service Moving Help. Book Now 4 End Of |
| 21 10 06:26:05 AM | lan | labor & moving | FEW SLOTS OPEN. BOOK YOUR MOVE NOW. |
| 18 10 10:10:50 AM | aaa | labor & moving | ▶EXPERIENCED, PROFESSIONAL, AFFORDABLE MOVE |
| 17 10 08:43:31 AM | lan | labor & moving | YOU CALL. WE MOVE. YOU SAVE!..U-SAVE MOVING AND |