**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TDC INTERNATIONAL CORP., f/k/a
G.E. THOMPSON DEVELOPMENT CORP.,

    Plaintiff,

    v.                                                         Case No. 08-14792

JAE L. BURNHAM, d/b/a QUICK AND EASY
MOVING and QUICK AND EASY MOVING LLC,

    Defendant.
                                                    /

**ORDER STAYING CASE**

Before the court is Defendant Jae L. Burnham's "Suggestion of Bankruptcy," notifying the court that Defendant filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Western District of Michigan on July 10, 2017. (Dkt. # 64.) Under the automatic stay provision of the Bankruptcy Code, a petition filed for bankruptcy operates as a stay of civil judicial proceedings against the debtor. *See* 11 U.S.C. § 362(a). Although the court will stay all proceedings, Plaintiff is invited to move to reopen any proceedings not barred by the bankruptcy stay. Further, as discussed in the on-the-record telephonic status conference held July 11, 2017, the court will direct Plaintiff to keep to provide updates on the bankruptcy proceeding by memorandum filed every 90 days. Accordingly,

    IT IS ORDERED that this action is STAYED pending the outcome of Defendant's bankruptcy case. Such stay is not to be construed as a disposition in this matter, and the matter may be reopened merely upon filing notice without the court, without further fee or cost.

IT IS FURTHER ORDERED that the show cause hearing presently scheduled for July 12, 2017, is CANCELLED.

IT IS FURTHER ORDERED that Plaintiff is DIRECTED to update the court as to the bankruptcy proceedings by memorandum submitted every 90 days during the pendency of the bankruptcy proceeding or until otherwise ordered by the court.

                                              s/Robert H. Cleland              /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 12, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 12, 2017, by electronic and/or ordinary mail.

                                              s/Lisa Wagner                  /
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522