UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TDC INTERNATIONAL CORP.,**

    **Plaintiff,**

v

**JAE L. BURNHAM,**

    **Defendants.**

                                /

FILE NO. 08-14792

HON. ROBERT L. CLELAND

## SUGGESTION OF BANKRUPTCY

      Defendant, Jae Burnham, hereby files this notice that a Chapter 13 Bankruptcy petition was filed on his behalf in the U.S. Bankruptcy Court, Western District of Michigan, on November 6, 2018. The case number for the said Chapter 13 Bankruptcy case is 18-04690-swd. Pursuant to 11 U.S.C. 362, an automatic stay may be in effect, pursuant to which any pending proceedings may be stayed, subject to any exceptions set forth in the referenced Section. Whereas the undersigned counsel does represent Jae Burnham in bankruptcy, she does not represent Mr. Burnham nor any other party in this action. This pleading merely serves the limited purpose of advising the Court and parties below of the aforementioned bankruptcy proceeding.

Dated November 6, 2018

Respectfully submitted,

SAVAGE LEGAL GROUP, P.C.

*/s/ Kimberly L. Savage*
Kimberly L. Savage (P68267)
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000

## CERTIFICATE OF SERVICE

I certify that on November 7, 2018, I served the foregoing document, with all attachments, on counsel of record, by electronic and/or ordinary mail.

*/s/ Kimberly L. Savage*
Kimberly L. Savage