UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TDC INTERNATIONAL CORP.
f/k/a G.E. THOMPSON DEVELOPMENT CORP,

      Plaintiff,

v.

JAE L. BURNHAM, d/b/a QUICK AND
EASY MOVING, and QUICK AND EASY
MOVING, LLC

      Defendants.

_____/

BRIAN C. GRANT (P71066)
NATHAN D. PETRUSAK (P75359)
O'Reilly Rancilio, PC
Attorney for Plaintiff
12900 Hall Road, Ste. 350
Sterling Heights, MI 48313
(586) 726-1000
bgrant@orlaw.com
npetrusak@orlaw.com
_____/

Case No. 08-cv-14792
Hon. Robert H. Cleland

## **APPEARANCE**

TO:   Clerk of the Court; Attorneys of Record

     Please enter the Appearance of the undersigned as counsel for Plaintiff in the above captioned matter.

|  | O'REILLY RANCILIO P.C. |
|---|---|
|  | By:   */s/ Nathan D. Petrusak* |
|  |     Brian C. Grant (P71066) |
|  |     Nathan D. Petrusak (P75359) |
|  | Attorneys for Plaintiff |
|  | 12900 Hall Road, Suite 350 |
|  | Sterling Heights, MI 48313 |
|  | (586) 726-1000/Fax (586) 726-1560 |
|  | bgrant@orlaw.com |
| Dated: November 7, 2018 | npetrusak@orlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing Appearance (of Nathan D. Petrusak) with the Clerk of the Court using the ECF System which will send notifications of such filing to all parties of record if they are registered users, or if they are not, by placing a true and correct copy in the United States Mail, postage prepaid, to their address of record.

|  | O'REILLY RANCILIO P.C. |
|---|---|
|  | By:   */s/ Nathan D. Petrusak* |
|  |     Brian C. Grant (P71066) |
|  |     Nathan D. Petrusak (P75359) |
|  | Attorneys for Plaintiff |
|  | 12900 Hall Road, Suite 350 |
|  | Sterling Heights, MI 48313 |
|  | (586) 726-1000/Fax (586) 726-1560 |
|  | bgrant@orlaw.com |
| Dated: November 7, 2018 | npetrusak@orlaw.com |