UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TDC INTERNATIONAL CORP.
f/k/a G.E. THOMPSON DEVELOPMENT CORP,

        Plaintiff,

v.

JAE L. BURNHAM, d/b/a QUICK AND
EASY MOVING, and QUICK AND EASY
MOVING, LLC

        Defendants.

Case No. 08-cv-14792
Hon. Robert H. Cleland

_____/

BRIAN C. GRANT (P71066)
NATHAN D. PETRUSAK (P75395)
O'Reilly Rancilio, PC
Attorney for Plaintiff
12900 Hall Road, Ste. 350
Sterling Heights, MI 48313
(586) 726-1000
bgrant@orlaw.com
_____/

## AFFIDAVIT OF BRIAN GRANT

STATE OF MICHIGAN    )
                              ) ss:
COUNTY OF MACOMB    )

    Brian C. Grant, being duly sworn, states as follows:

    1.    I am one of the attorneys in charge of the entitled case.

    2.    That Affiant is over 18 years old and competent to make this affidavit.

2. I make this Affidavit from personal knowledge.

3. Plaintiff has not received any money from Jae Burnham to date.

Further, Affiant sayeth not.

_____
Brian C. Grant

Subscribed and sworn to before me this
26th day of November, 2018

_____
Teresa A. Imbrunone, Notary Public
Macomb County, Michigan.
My Commission Expires: October 31, 2021