**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TDC INTERNATIONAL CORP.
f/k/a G.E. THOMPSON DEVELOPMENT CORP.,

    Plaintiff,

v.                                                  Case No. 08-14792

JAE L. BURNHAM, d/b/a QUICK AND
EASY MOVING, AND QUICK AND EASY
MOVING, LLC,

    Defendants.
_____/

**ORDER DISMISSING CASE**

On July 31, 2019, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (ECF No. 76.) Plaintiff did not file a response on the docket to this order; however, Plaintiff informed the court via email that it no longer wishes to prosecute this case. The court recognizes that Defendant's continued failure to comply with this court's orders have made the prosecution of this case extremely difficult. With the exception of his compliance with the court's most recent order, Defendant has demonstrated continued recalcitrance throughout the decade-long history of this case. The court has sanctioned Defendant multiple times, yet he has actively attempted to evade compliance with the court's sanctions for years. The court comments on Defendant's behavior to make clear that the dismissal of this case is not mistaken for the court excusing or condoning Defendant's conduct. However, the court is keenly aware that the costs Plaintiff will incur in further prosecution are likely to far surpass any payment that it may hope extract from Defendant. Accordingly, based on

Plaintiff's representations to the court and its failure to file a response to the order to show cause,

    IT IS ORDERED that this case is DISMISSED.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: August 15, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 15, 2019, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\08-14792.TDC.dismissal.HEK.2.docx